IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

NICOLE STREETER,

          Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

          Defendant.

Case No. 15-CV-438-JED-FHM

## OPINION AND ORDER

On January 7, 2016, the court entered an order advising Plaintiff that she must file proof of service in compliance with Fed.R.Civ.P. 4(i)(1) by February 8, 2016. [Dkt. 5]. On February 29, 2016, Plaintiff filed a document which indicates that Plaintiff served an address in Falls Church, Virginia. [Dkt. 6].

The document filed on February 29, 2016, does not comply with the court's order. Nor does the document demonstrate compliance with the relevant portion of Fed.R.Civ.P. 4 which provides, as follows:

> **(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees**.
>
> (1) **United States.** To serve the United States, a party must:
>
> > (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
> >
> > (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> **(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity.** To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Plaintiff is required to serve properly issued summons and the complaint in this case and to file proof of service, made in accordance with Fed.R.Civ.P. 4, on or before March 30, 2016.

Plaintiff is advised that failure to comply with service requirements makes this action subject to dismissal pursuant to Fed.R.Civ.P. 4(m).

SO ORDERED this 1st day of March, 2016.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE