# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

NICOLE STREETER,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration,

    Defendant.

Case No. 15-CV-438-FHM

## **OPINION AND ORDER**

On April 7, 2017, the court received a letter referencing the captioned case and advising:

> Nicole B. Streeter is requesting an appeal of Magistrate Judge McCarthy decisions to be heard by the Circuit Court division.

[Dkt. 29]. The letter is signed by Victoria Sayles. Ms. Sayles is not a party in this case and there is no indication that she is an attorney. A notice of appeal and all filings made by a party must be signed by the individual seeking relief (here Ms. Streeter) unless the document is signed by an attorney. Since the letter was not signed by Ms. Streeter or an attorney it is of no effect.

SO ORDERED this 12th day of April, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE